# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 22-3084                                  September Term, 2023

FILED ON: APRIL 12, 2024

UNITED STATES OF AMERICA,
                APPELLEE

v.

LUCAS DENNEY,
                APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cr-00070-1)

Before: MILLETT, KATSAS and CHILDS, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

## Per Curiam

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                       BY:    /s/

                                             Daniel J. Reidy
                                             Deputy Clerk

Date: April 12, 2024

Opinion for the court filed by Circuit Judge Childs.